EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  Email: Emily.Brinkman@doj.ca.gov

Attorneys for Defendants U.J Cooper and Robert A. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARNEST S. HARRIS,**<br><br>                            Plaintiff,<br><br>v.<br><br>**ROBERT HOREL AND U.J. COOPER**<br><br>                          Defendants. | C 06-7761 MJJ (PR)<br><br>**DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

For the reasons more fully set forth in the accompanying declaration of counsel, Defendants Cooper and Horel request an extension of time of seventy-five (75)

\\\
\\\
\\\
\\\
\\\
\\\

1  days, up to and including October 26, 2007, in which to file a further dispositive motion.

2       Dated: July 13, 2007

3                                         Respectfully submitted,

4                                         EDMUND G. BROWN JR.
                                          Attorney General of the State of California

5                                         DAVID S. CHANEY
                                          Chief Assistant Attorney General

6
                                          FRANCES T. GRUNDER
7                                         Senior Assistant Attorney General

                                          MICHAEL W. JORGENSON
8                                         Supervising Deputy Attorney General

9

10

11
                                          EMILY L. BRINKMAN
12                                        Deputy Attorney General
                                          Attorneys for Defendants Cooper and Horel
13

14
20095365.wpd
15 SF2007200479

16

17

18

19

20

21

22

23

24

25

26

27

28

Req. for Ext. of Time                                             *Harris v. Horel et al*
                                                                  C 06-7761 MJJ (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Horel et al**

No.:   **C 06-7761 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 16, 2007, I served the attached

**DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Earnest S. Harris
H-63617
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 16, 2007**, at San Francisco, California.

| M. Xiang | *(signature)* |
|---|---|
| Declarant | Signature |

20096209.wpd