1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  EMILY L. BRINKMAN, State Bar No. 219400
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5742
     Fax: (415) 703-5843
8    Email: Emily.Brinkman@doj.ca.gov

9  Attorneys for U.J. Cooper and Robert A. Horel

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARNEST S. HARRIS,** <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT HOREL AND U.J. COOPER** <br><br> Defendants. | C 06-7761 MJJ (PR) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

I, Emily L. Brinkman, declare as follows:

  1.  I am an attorney admitted to practice before the courts of the State of California and before this court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendant's Cooper and Horel (Defendants) in this case. I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, would and could testify.

  2.  On May 15, 2007, this Court issued its Order for Service and Granting Leave to Proceed in Forma Pauperis. (Docket No. 5.) Pursuant to the Order for service, the Court set a

deadline of August 13, 2007 for any dispositive motions.

3. I was assigned as the attorney on this case on June 21, 2007.

4. During the last week of June 2007, I was assigned as co-counsel on a case in the Superior Court of San Francisco, County of San Francisco, *Giraldo v. California Department of Corrections and Rehabilitation, et al.*, case number CGC-07-461473, which was confirmed for trial on June 21, 2007. On July 3, 2007, the case was assigned a judge. On July 6, 2007, motions *in limine* were heard on this case. Jury selection begins on July 16, 2007. It is expected that evidence for both sides will be presented until approximately July 25, 2007.

5. Since I was assigned to assist on the *Giraldo* case I have been solely focused on matters in the *Giraldo* case and unable to attend to additional cases, including this case.

6. Additionally, I have been assigned another case in the United States District Court, Northern District, where the dispositive motion is due August 3, 2007. Two extensions of time have already been granted in that case based upon the prior Deputy Attorney General's schedule.

7. On September 13, 2007, I have another dispositive motion due in a different case in the United States District Court, Northern District. Finally, on October 25, 2007, I have a brief due in the 9th Circuit Court of Appeals.

8. On June 26, 2007, the Attorney General's Office requested documents from Pelican Bay State Prison that are necessary to prepare the dispositive motion. Because I am preparing for the jury trial in the Giraldo case I will not be able to adequately review documents in this case until sometime after July 25, 2007.

9. Plaintiff is confined in state prison and cannot easily be contacted concerning an extension of time.

10. No previous extensions of time have been sought for this motion.

\\\
\\\
\\\
\\\

Decl. Supp. Req. for Ext. Time

*Harris v. Horel et al*
C 06-7761 MJJ (PR)

2

1   11.  This request for an extension of time is not made for any purpose of harassment or
2   undue delay or for any improper reason.
3       I declare under penalty of perjury that the foregoing is true and correct and that this
4   declaration was executed on July 16, 2007, in San Francisco, California

Emily L. Brinkman
Deputy Attorney General

Decl. Supp. Req. for Ext. Time                                    *Harris v. Horel et al*
                                                                  C 06-7761 MJJ (PR)

3