IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARNEST S. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT HOREL AND U.J. COOPER**<br><br>Defendants. | C 06-7761 MJJ (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

Defendants filed a request for extension of time of seventy-five (75) days, up to and including October 26, 2007, in which to file a further dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a dispositive motion is extended for seventy-five (75) days, up to and including October 26, 2007.

\\\

\\\

\\\

1 |     Any opposition will be due thirty (30) days from the date the dispositive motion is served.
2 | Any reply will be due fifteen (15) days from the date the opposition is served.

Dated:_____

                                                       The Honorable Martin J. Jenkins
                                                     U.S. District Court Judge