~~CHAMBERS COPY~~

**FILED**

JUL 3 0 2007.

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARNEST S. HARRIS,<br>Plaintiff,<br>v.<br>ROBERT HOREL AND U.J. COOPER<br>Defendants. | C 06-7761 MJJ (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME |

Defendants filed a request for extension of time of seventy-five (75) days, up to and including October 26, 2007, in which to file a further dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a dispositive motion is extended for seventy-five (75) days, up to and including October 26, 2007.

\\\

\\\

\\\

[Proposed] Order Granting Req. for Ext. of Time

*Harris v. Horel et al*
C 06-7761 MJJ (PR)

1 | Any opposition will be due thirty (30) days from the date the dispositive motion is served.
2 | Any reply will be due fifteen (15) days from the date the opposition is served.
3 |
4 |
5 | Dated: 7/28/2007
6 |
  | The Honorable Martin J. Jenkins
  | U.S. District Court Judge

[Proposed] Order Granting Req. for Ext. of Time

*Harris v. Horel et al*
C 06-7761 MJJ (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

    Plaintiff,

v.

ROBERT A. HOREL et al,

    Defendant.
    _____/

Case Number: CV06-07761 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest S. Harris
Pelican Bay State Prison
Prisoner Id H-63617
P.O. Box 7500
Crescent City, CA 95531

Emily L. Brinkman
CA Attorney General
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102

Dated: July 30, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk