EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5742
 Fax: (415) 703-5843
 Email: Emily.Brinkman@doj.ca.gov
Attorneys for Defendants Horel and Cooper

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST S. HARRIS,<br><br>                    Plaintiff,<br><br>       v.<br><br>ROBERT A. HOREL, et al.,<br><br>                    Defendants. | C 06-7761 MJJ (PR)<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

For the reasons set forth in the accompanying declaration of counsel, Defendants Horel and Cooper respectfully request an extension of time in which to file their opposition to Plaintiff's

\\\

\\\

\\\

Defs.' Ex Parte App. for Ext. of Time to Oppose to Mot. Summ J.          *Harris v. Horel, et al.*
                                                                          C 06-7761 MJJ (PR)

1

motion for summary judgment pending resolution of Defendant's motion to dismiss.

Dated: December 19, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

EMILY L. BRINKMAN
Deputy Attorney General
Attorneys for Defendants Horel and Cooper

Defs.' Ex Parte App. for Ext. of Time to Oppose to Mot. Summ J.   *Harris v. Horel, et al.*
C 06-7761 MJJ (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Horel et al**

Case No.:    **C 06-7761 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 19, 2007</u>, I served the attached

**DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF EMILY L. BRINKMAN IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Earnest S. Harris
H-63617
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 19, 2007**, at San Francisco, California.

| M. Xiang | *[signature]* |
|---|---|
| Declarant | Signature |