1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5742
  Fax:  (415) 703-5843
8   Email:  Emily.Brinkman@doj.ca.gov
Attorneys for Defendants Horel and Cooper

9

10

11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 14 **ERNEST S. HARRIS,** | C 06-7761 MJJ (PR) |
| 15 Plaintiff, | **DECLARATION OF EMILY L. BRINKMAN IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| 16 v. | |
| 17 **ROBERT A. HOREL, et al.,** | |
| 18 Defendants. | |
| 19 | |

20        I, Emily L. Brinkman, declare:

21        1.    I am an attorney admitted to practice before the courts of the State of California and

22 before this Court.  I am employed by the California Attorney General's Office as a Deputy

23 Attorney General in the Correctional Law Section, and am assigned to represent Defendants

24 Horel and Cooper (Defendants) in this case.  I am competent to testify to the matters set forth in

25 this Declaration, and if called upon by this Court, would do so.

26        2.    On May 15, 2007, the Court conducted a screening of the Complaint pursuant to 28

27 U.S.C. § 1918A(b)(1),(2), and ordered service of the Complaint on Defendants.  The Court

28 ordered that Defendants file a dispositive motion no later than 90 days from the date of the

Decl. of E. Brinkman Supp. Ex Parte App. for EOT to Oppose Mot. Summ. J.          *Harris v. Horel, et al.*
                                                                                C 06-7761 MJJ (PR)

1

1  Order.

2      3.    On October 25, 2007, Defendants filed a motion to dismiss for failure to exhaust

3  administrative remedies. Plaintiff filed an opposition on November 15, 2007. Defendants filed a

4  reply to Plaintiff's opposition on November 15, 2007. This Court has not yet ruled on that

5  motion.

6      4.    On December 12, 2007, Plaintiff filed a one-page motion for summary judgment.

7      5.    Defendants respectfully request that they be granted an extension of time to oppose

8  Plaintiff's motion pending resolution of Defendants' motion to dismiss.

9      6.    Should this Court deny Defendants' motion to dismiss, Defendants respectfully request

10  that Defendants' opposition to Plaintiff's motion for summary judgment be due ninety (90) days

11  from the date of the denial of the motion to dismiss. At that time Defendants intend to file their

12  own motion for summary judgment.

13      7.    This request for an extension of time is not made for the purpose of harassment or

14  undue delay or for any improper reason. Defendants have made no other requests to extend the

15  time for responding to Plaintiff's Motion for Summary Judgment.

16      8.    Plaintiff is confined in state prison and cannot easily be contacted concerning an

17  extension of time.

18      I declare under penalty of perjury that the foregoing is true and correct and that this

19  declaration was executed on December 19, 2007, in San Francisco, California.

20

21

22

23  Emily L. Brinkman,
    Deputy Attorney General

24

25

26

27

28

Decl. of E. Brinkman Supp. Ex Parte App. for EOT to Oppose Mot. Summ. J.          *Harris v. Horel, et al.*
                                                                                   C 06-7761 MJJ (PR)