1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 14 ERNEST S. HARRIS,<br><br>15                                Plaintiff,<br><br>16        v.<br><br>17 ROBERT A. HOREL, et al.,<br><br>18<br><br>19                                Defendants. | C 06-7761 MJJ (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

20
21    Defendants filed a request for extension of time in which to file an opposition to Plaintiff's
22 one-page motion for summary judgment should this Court deny Defendants' motion to dismiss.
23    The Court has read and considered Defendants' request and the accompanying declaration
24 of counsel, and finds good cause exists to grant the request. Accordingly, IT IS HEREBY
25 ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to
26 file an opposition to Plaintiff's motion for summary judgment is extended for ninety (90) days
27 \\\
28 \\\

[Proposed] Order Granting Req. for Ext. of Time                                      *Harris v. Horel, et al.*
                                                                                      C 06-7761 MJJ (PR)

1  from the date the Court decides Defendants' motion to dismiss.

4  Dated:_____

The Honorable Martin J. Jenkins
U.S. District Court Judge

[Proposed] Order Granting Req. for Ext. of Time

*Harris v. Horel, et al.*
C 06-7761 MJJ (PR)

2