In the United States District Court
for the Northern District of California

FILED
08 MAY -7 PM 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

1.
2. Earnest S. Harris,
3.          Petitioner,
4.     v.                                Case no. C-06-7761
5. Robert A. Horel,                                    SBA
              Respondent,         motion: grant summary judgment and set date
6.                                 for jury trial. (28 U.S.C.A. 6*)
7.
8. Attorney general Emily L. Brinkman file on Dec. 19, 2007 an extension, 90*
9. days extension to opposition to Petitioners motion for summary judgment, the
10. extension of time end on Mar. 25, 2008 over a month ago without the
11. Attorney general asking for another extension or filing any opposition to
12. why judgment should not be given to the petitioner.
13. the
14. Petitioners motion for summary judgment filed on Dec. 12, 2007 should be
15. granted and jury trial date should be set (28 U.S.C.A. 6) in Eureka federal
16. court.
17.
18.
19.
20.                    Thank you.
21.
22.
23.
24.
25.
26.
27.
28.

(2.)

(Sample Proof of Service - To Be Attached to All Documents Submitted to the Court)

UNITED STATES DISTRICT COURT

~northern~ DISTRICT OF CALIFORNIA

Earnest S. Harris

v.

Robert A. Horel

Case Number: C-06-7761 ~NFF~ (PR) SBA

PROOF OF SERVICE BY MAIL

I hereby certify that on **May 4, 2008**, I served a copy of the attached **Motion to set jury trial date / grant summary judgment** by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at **Pelican Bay Prison**:

(List Name and Address of Each Defendant or Attorney Served)

United States Northern District Court
450 Golden Gate Avenue
San Francisco, Ca. 94102

Attorney General Emily L. Brinkman
455 Golden Gate Avenue, Suite 11000
San Francisco, Ca. 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

*Earnest S. Harris*
(Name of Person Completing Service)



Ernest S. Harris H85617
Pelican Bay Prison
P.O. Box 7500 C7-112
Crescent City, Ca. 95531

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-7

Office of the clerk, United States
District Court
Northern District of California
450 Golden Gate Avenue
San Francisco Ca. 94102

"Confidential Legal Mail"