IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERNEST S. HARRIS, | C 06-7761 SBA (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | |

Defendants filed a request for extension of time in which to file an opposition to Plaintiff's one page motion for summary judgment should this Court deny Defendants' motion to dismiss.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for extension of time is GRANTED, and that the time to file an opposition to Plaintiff's motion for summary judgment is extended for ninety (90) days from the date the Court decides Defendants' motion to dismiss.

Dated:_____              _____

The Honorable Saundra Brown Armstrong
U.S. District Court Judge

[Proposed] Order Granting Req. for Ext. of Time                    *Harris v. Horel et al*
C 06-7761 SBA (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Horel et al**

Case No.:    **C 06-7761 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 14, 2008</u>, I served the attached

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Earnest S. Harris
H-63617
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 14, 2008**, at San Francisco, California.

| M. Xiang | Signature |
|---|---|
| Declarant | |