In the United States District Court
for the Northern District of California
Oakland Division

Earnest S. Harris,
    Petitioner,

v.

Robert A. Horel,
    Respondent,

Case No. C-06-7761 SBA (PR)

Motion: opposed to any future granting of extension of time.

Petitioners 42 U.S.C. §§ 1983 lawsuit was filed on Dec. 19, 2006, in the Northern District Court. On May 15, 2007, The United State Northern District court ordered Show Cause and gave Respondent 90# days to answer petitioners 42 U.S.C. §§ 1983 lawsuit. On July 13, 2007, Respondent requested a extension of time and it was granted and extended until Oct. 26, 2007 extension request for 75# days. On Oct. 23, 2007, Respondent answered petitioners 42 U.S.C. §§ 1983 lawsuit claiming petitioners lawsuit should be dismissed based on the fact petitioner did not exhaust his administrative remedies. Petitioner file a opposition motion stating that he exhausted all administrative remedies and also file a summary judgment motion requesting that petitioners 42 U.S.C. §§ 1983 lawsuit should be granted and trial date set. On Dec. 19, 2007, Respondent requested and was granted extension of time to answer petitioners motion for summary judgment, an extension of 90# days until March 25, 2008. Respondent failure to answer on the deadline or file for an extension of time. Petitioner filed for summary judgment motion to be granted and trial date set since Respondent failure to answer by the deadline and on May 14, 2008, Petitioner received motion granting another extension of time for 90# days. Petitioner has yet to receive the Respondents reasons for an extension, request 49# days after the deadline of Respondents Dec. 19, 2007 request. The lawsuit was filed 12/19/06 over a year ago. Respondent answered claiming petitioner did not exhaust administrative remedies, Theres no reason for an extension unless Respondent is trying to illegally change his/her opinion. Petitioner is requesting the court not to grant any more extension of time. And if Respondent fails to answer trial court date should be set. (28 U.S.C.A. 6#)

(1.)

Thank you.

## CERTIFICATE OF SERVICE

Case Name: Earnest S. Harris     v.  Robert A. Horel

Case No.: C06-7761 SBA (PR)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the motion requesting no more extension of time be mailed
(Name of document you are filing, i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

*[signature: Earnest S. Harris]*
**Signature**
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| US District Court Judge Sandra B. Armstrong | Office of the Clerk, U.S. District Court Northern District of California 1301 Clay St, Suite 400S Oakland, CA 94612-5212 | May 20, 2008 |
| Atty General M. Xiong | Office of the Attorney General 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102-3664 | May 20, 2008 |



Earnest S. Harris H63611
Pelican Bay Prison
P.O. Box 7500 C7-121
Crescent City, Ca. 95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

Office of the Clerk, United States District
Court Judge Sandra B. Armstrong
Northern District of California
1301 Clay Street Suite 400S
Oakland Ca 94612-5212

"confidential legal Mail"