IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST S. HARRIS,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**ROBERT A. HOREL, et al.,**<br><br>                                    Defendants. | C 06-7761 SBA (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME** |

    Defendants filed a request for extension of time in which to file an opposition to Plaintiff's one-page motion for summary judgment should the Court deny Defendants' pending motion to dismiss.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant a brief extension of time to file an opposition. However, the Court will not extend the deadline based on its resolution of Defendants' motion to dismiss. Accordingly, IT IS HEREBY ORDERED that Defendants' request for extension of time is GRANTED in part and DENIED in part, and that the time to file an opposition to Plaintiff's motion for summary judgment is extended for **thirty (30) days** from the date of this Order. If Plaintiff wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Defendants' opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

    IT IS SO ORDERED.

Dated: 5/29/08

                                                         _Saundra B Armstrong_
                                                         SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HARRIS et al,

    Plaintiff,

v.

HOREL et al,

    Defendant.

Case Number: CV06-07761 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest S. Harris
Pelican Bay State Prison
Prisoner Id H-63617
P.O. Box 7500
Crescent City, CA 95531

Dated: May 30, 2008

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Harris7761.EOT.wpd

2