IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST S. HARRIS, | ) | No. C 06-7761 SBA (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| ROBERT A. HOREL, et al., | ) | |
| Defendants. | ) | |

The Court granted Defendants' motion for summary judgment as to all claims against all Defendants in the instant civil rights complaint for relief. Judgment is hereby entered in favor of Defendants. Plaintiff shall take nothing by way of his complaint.

The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 8/31/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Judgment
G:\Pro-Se\SBA\CR.06\Harris761.jud.md

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  HARRIS et al,

Case Number: CV06-07761 SBA

5              Plaintiff,

**CERTIFICATE OF SERVICE**

6     v.

7  HOREL et al,

8              Defendant.
                                          /
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12 That on August 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15
   Earnest S. Harris
16 Pelican Bay State Prison
   Prisoner Id H-63617
17 P.O. Box 7500
   Crescent City, CA 95531
18

19 Dated: August 31, 2009

                              Richard W. Wieking, Clerk
20                            By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

Judgment
G:\Pro-Se\SBA\CR.06\Harris761.jud.md