IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST S. HARRIS, | ) | No. C 06-7761 SBA (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION TO AMEND COMPLAINT** |
| vs. | ) ) | |
| ROBERT A. HOREL, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 56) |

In 2006, Plaintiff Ernest Harris, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, in which he alleged that Defendants, officers and employees of Pelican Bay State Prison, violated his constitutional rights. In August 2009, the Court granted Defendants' motion for summary judgment, and entered judgment in favor of Defendants as to all claims. The action has been terminated.

Plaintiff now moves to amend his complaint to add a new claim and a new defendant. (See Docket No. 56.) Having granted summary judgment and entered judgment in favor of Defendants, the Court concludes that there is no operative complaint, and, therefore, there is no complaint that can be amended. Accordingly, Plaintiff's motion to amend his complaint (Docket No. 56) is DENIED. Plaintiff's attendant motion for the appointment of counsel is denied as moot.

Order Denying Plaintiff's Motion to Amend Complaint
G:\Pro-Se\SBA\CR.06\Harris761.amend.md

1 | If Plaintiff wants to pursue his new claim, he must file a new civil rights action.

2 | **IT IS SO ORDERED.**

3

4 | DATED: 12/16/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Judgment
G:\Pro-Se\SBA\CR.06\Harris761.jud.md

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HARRIS et al,

       Plaintiff,

v.

HOREL et al,

       Defendant.
_____/

Case Number: CV06-07761 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest S. Harris
Pelican Bay State Prison
Prisoner Id H-63617
P.O. Box 7500
Crescent City, CA 95531

Dated: December 21, 2009

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

Judgment
G:\Pro-Se\SBA\CR.06\Harris761.jud.md